<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6673**

———————

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

TODD LAMAR MOSS,

               Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Henry M. Herlong, Jr., Senior District Judge. (7:05-cr-00526-HMH-3; 7:98-cr-00610-HMH-1)

———————

Submitted: September 25, 2014    Decided: September 30, 2014

———————

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Todd Lamar Moss, Appellant Pro Se. Maxwell B. Cauthen, III, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd Lamar Moss appeals the district court's order denying his "motion to clarify the original intent regarding concurrent sentences" and a subsequent text order denying his motion to amend/correct the previous order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Moss, No. 7:05-cr-00526-HMH-3; 7:98-cr-00610-HMH-1 (D.S.C. Mar. 25, 2014 & Apr. 14, 2014). We further deny Moss's motion to supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED